IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RADIYAH BROCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO. 3:04-CV-611-C |
| ELMCROFT ASSISTED LIVING, LLC, | ) |
| ELMCROFT GP, INC. and ELMCROFT | ) |
| OF CHARLOTTE, LIMITED | ) |
| PARTNERSHIP, | ) |
| | ) |
| Defendants. | ) |

_____

_____

| | |
|---|---|
| SHAWQUONTIA GADDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO. 3:04CV36-C |
| ELMCROST ASSISTED LIVING, LLC, | ) |
| ELMCROFT GP. INC. and ELMCROFT | ) |
| OF CHARLOTE, LIMITED | ) |
| PARTNERSHIP, | ) |
| | ) |
| Defendants. | ) |

```
_____
JERRA PETTUS,                    )
                                 )
        Plaintiff,               )
                                 )
        v.                       )
                                 ) NO. 3:04CV309-H
ELMCROFT ASSISTED LIVING LLC,    )
ELMCROFT GP, INC. and ELMCROFT   )
OF CHARLOTTE LIMITED             )
PARTNERSHIP,                     )
                                 )
        Defendants.              )



_____
SUSAN CALHOUN,                   )
                                 )
        Plaintiff,               )
                                 )
        v.                       ) NO. 3:04CV458-C
                                 )
ELMCROFT ASSISTED LIVING LLC,    )
ELMCROFT GP, INC. and ELMCROFT   )
OF CHARLOTTE LIMITED             )
PARTNERSHIP,                     )
                                 )
        Defendants.              )
_____   )
```

### **O R D E R**

This matter is before the Court on the Plaintiffs' and Defendants' "Joint Motion To Amend Pretrial Order and Case Management Plan" filed February 1, 2005 (document #18 in Civil Action No. 3:04CV36-C), seeking an enlargement of the number of Interrogatories that may be propounded by each party from twenty

(20) to thirty (30).  For the reasons stated therein, the Joint Motion is hereby **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

**Signed: July 18, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge